# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:15-CV-00248-DSC

| | |
|---|---|
| JONATHAN HENIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| FOCUS RECEIVABLES ) | |
| MANAGEMENT, LLC, ) | |
| ) | |
| Defendant. ) | |

Pursuant to the parties' "Stipulation to Dismiss Pursuant to Settlement" (document #13), this case is hereby dismissed with prejudice and without fees or costs to either party.

The Clerk is directed to send copies of this Order to counsel of record.

**SO ORDERED**.

Signed: January 25, 2016

_____
David S. Cayer
United States Magistrate Judge